**DISMISS; and Opinion Filed July 2, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-17-01440-CV
_____

## EX PARTE TROY SHAW

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-02674-2017**

# MEMORANDUM OPINION

Before Justices Bridges, Brown, and Boatright
Opinion by Justice Brown

Appellant's brief in this case is overdue. After appellant failed to respond to the Court's inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record. By postcard dated May 23, 2018, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Ada Brown/
ADA BROWN
JUSTICE


171440F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

EX PARTE EX PARTE: TROY SHAW

No. 05-17-01440-CV

On Appeal from the County Court at Law No. 6, Collin County, Texas
Trial Court Cause No. 006-02674-2017.
Opinion delivered by Justice Brown. Justices Bridges and Boatright participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 2nd day of July, 2018.